1 | PHILLIP A. TALBERT
United States Attorney
2 | SHELLEY D. WEGER
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone: (916) 554-2700
Facsimile: (916) 554-2900
5 |
Attorneys for Plaintiff
6 | United States of America

**FILED**

JUN 1 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                DEPUTY CLERK

7

IN THE UNITED STATES DISTRICT COURT

8

EASTERN DISTRICT OF CALIFORNIA

9

10 | IN THE MATTER OF THE APPLICATION
OF THE UNITED STATES OF AMERICA
11 | FOR SEARCH WARRANTS CONCERNING:

12 | A SAMSUNG GALXAY CELLULAR PHONE
WITH NUMBER 916-917-9157 AND A
13 | FORDEXPLORER WITH LICENSE PLATE
NO. 7FMB102

14

2:17-SW-0285 AC
2:17-SW-0295 AC

[PROPOSED] ORDER TO UNSEAL SEARCH
WARRANTS AND SEARCH WARRANT
AFFIDAVITS

15 | Upon application of the United States of America and good cause having been shown,

16 | IT IS HEREBY ORDERED

17 | The case is unsealed with the exception of the original warrants and their underlying affidavits.

18 | The original search warrants and their accompanying affidavits will remain sealed. A copy of the

19 | original search warrants and their accompanying affidavits will be provided to the defendant. The Clerk

20 | is directed to file a redacted copy of the complaint and affidavit on the public docket.

21 | Dated: _May 31, 2017_

22 | _____
The Honorable Kendall J. Newman
UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS